UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Michael James-Thompson Smith**<br>**Docket Number:  0972 1:13CR00139-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Michael James-Thompson Smith is requesting permission to travel to Ensenada, Mexico on a three-day Baja Mexico Cruise. Michael James-Thompson Smith is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On December 13, 2010, Michael James-Thompson Smith was sentenced in the Southern District of California for the offense(s) of 21 U.S.C. 952, 960, Importation of Methamphetamine. Jurisdiction was received in the Eastern District of California on April 26, 2013.

**Sentence Imposed:**  37 Months Bureau of Prisons, 5 Years Supervised Release.

**Dates and Mode of Travel:**  The cruise ship will leave Los Angeles, California on April 15, 2016, and return April 18, 2016, making one stop in Ensenada, Mexico.

**Purpose:**  Vacation

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:** Michael James-Thompson Smith
Docket Number:  0972 1:13CR00139-001
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ LAURA DEL VILLAR

Laura Del Villar
United States Probation Officer

Dated: March 3, 2016
Visalia, California

|  | /s/ Yasmin Villegas |
|---|---|
| **REVIEWED BY:** | Yasmin Villegas |
|  | Sr. United States Probation Officer |

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

IT IS SO ORDERED.

Dated:  March 3, 2016                                  _____
                                                                                SENIOR  DISTRICT  JUDGE

2